# Court of Appeals
# of the State of Georgia

ATLANTA,  March 10, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1415. THE STATE v. STEPHEN KYLE HATCHER.**

The Appellant in the above-styled case has filed a Motion to Withdraw Appeal. Said motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,  03/10/2020*
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*